IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDDIE JAMES TAYLOR,

    Petitioner,

v.                                      CASE NO. 1:09-cv-110-MMP-AK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## **O R D E R**

This cause is duplicative of Case No. 1:09cv129-MMP/AK. Because the Court has already issued other orders in that case, it should proceed, and this case should be **DISMISSED**, and the Clerk shall **CLOSE** it.

**DONE AND ORDERED** this *24th* day of June, 2009.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**